CORUS STAAL BV, Plaintiff–
Appellant,

v.

UNITED STATES and Department
of Commerce, Defendants–
Appellees,

and

United States Steel Corporation,
Defendant–Appellee,

and

Arcelormittal USA Inc., Defendant.

No. 2009–1425.

United States Court of Appeals,
Federal Circuit.

April 8, 2010.

Richard O. Cunningham, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Joel D. Kaufman, Alice A. Kipel, and Jamie B. Beaber.

Claudia Burke, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendants-appellees United States, et al. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director. Of counsel on the brief was Sapna Sharma, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Ellen J. Schneider, Skadden Arps, Slate, Meagher & Flom LLP, of Washington, DC, argued for defendant-appellee United States Steel Corporation. On the brief were Robert E. Lighthizer, Jeffrey D. Gerrish and Luke A. Meisner. Of counsel was James C. Hecht.

Before PROST and MOORE, Circuit Judges, and GUILFORD, District Judge *

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.